### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Malibu Media, LLC, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     v. | ) | Case No: 13 C 50286 |
| | ) | |
| John Doe, | ) | |
| | ) | |
|     *Defendant*. | ) | Judge Frederick J. Kapala |

### ORDER

Plaintiff is ordered to show cause in writing within the next 21 days why it, and its attorney, should not be sanctioned in accordance with Rule 11 for the same reasons set out by Judge Conley in the Western District of Wisconsin in that court's case number 13-cv-205-wmc, et al.

Date: 9/13/2013

ENTER:

_____

FREDERICK J. KAPALA

District Judge