**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Malibu Media LLC, | ) | |
|    Plaintiff, | ) | Case No: 13 CV 50286 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| John Doe , | ) | |
|    Defendant. | ) | |
| | ) | |

## **ORDER**

Plaintiff Malibu Media's motion for discovery [3] and to file an exhibit to a pleading under seal [6] are entered and continued to 10/29/2013 at 10:00AM. The presentments scheduled for 10/8/2013 are stricken, and no appearance is required on that date.

Date: September 25, 2013                                                            /s/ Iain D. Johnston