UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 3:13-cv-50286 |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 98.227.36.117, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE THAT EXCEEDS THE PAGE LIMIT UNDER THE LOCAL RULES**

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for the entry of an order granting it leave to file a Response to the Court's Show Cause Order that exceeds the page limit permitted under the Local Rules of the Northern District of Illinois, and in support states:

1. Local Rule 7.1 states that "[n]either a brief in support of or in opposition to any motion nor objections to a report and recommendation or order of a magistrate judge or special master shall exceed 15 pages without prior approval of the court." L.R. 7.1.

2. Plaintiff's Response to the Court's Show Cause Order discusses a rapidly developing area of the law that requires substantial understanding of the context in which these suits are brought, the legal standard for sanctions under Fed. R. Civ. P. 11(b), and the relevance and purpose of Exhibit C. Plaintiff cannot fully address this Court's Show Cause Order if its Response is limited to 15 pages because of the quantum of information that must be relayed.

3. As a result, the Response exceeds the page limit permitted by the Local Rules.

4. No party will be prejudiced by granting the subject Motion.

1

5. Good cause exists to grant this motion because Plaintiff requires the additional pages to properly present to the Court its position, the relevant law, and the purpose of Exhibit C.

WHEREFORE, Plaintiff respectfully requests that the Court permit Plaintiff to file the attached Response to the Court's Show Cause Order. A proposed order is attached for the Court's convenience.

Dated: October 4, 2013

                                        Respectfully submitted,

                                        SCHULZ LAW, P.C.

By:   /s/ *Mary K. Schulz*
       Mary K. Schulz, Esq.
       1144 E. State Street, Suite A260
       Geneva, Il 60134
       Tel: (224) 535-9510
       Fax: (224) 535-9501
       Email: schulzlaw@me.com
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Mary K. Schulz*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 3:13-cv-50286 |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 98.227.36.117, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE A RESPONSE THAT EXCEEDS THE PAGE LIMIT UNDER THE LOCAL RULES

**THIS CAUSE** having come before the Court upon Plaintiff's Motion for Leave to File a Response to the Court's Show Cause Order that exceeds the page limit under the Local Rules (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff may file a response in excess of 15 pages.

DONE AND ORDERED this ___ day of _____, 2013.

By _____
**UNITED STATES DISTRICT JUDGE**

3