IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:13-cv-50286-FJK |
| ) | |
| v. ) | Judge Frederick J. Kapala |
| ) | |
| JOHN DOE, subscriber assigned IP address ) | |
| 98.227.36.117, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Friday, October 18, 2013, at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Frederick J. Kapala, or any judge sitting in his stead in Courtroom 5300 of the United States District Court of the Northern District of Illinois, Western Division, 327 South Church Street, Rockford, Illinois and shall present the following motion: Motion of the Electronic Frontier Foundation for Leave to File Brief *Amicus Curiae* in Support of Sanctions.

Respectfully submitted,

/s/ Erin Kathryn Russell

The Russell Firm
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60611
T: 312-994-2424
F: 312-706-7966
erin@russellgroupchicago.com
ARDC # 6287255

1

## CERTIFICATE OF SERVICE

    The undersigned certifies that on October 15, 2013, she caused the foregoing to be filed with the Court via the CM/ECF electronic filing system, thereby serving all parties of record.

                                        /s/ Erin Kathryn Russell