**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Malibu Media LLC, | ) | |
|     Plaintiff, | ) | Case No: 13 CV 50286 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| John Doe, | ) | |
|     Defendant. | ) | |
| | ) | |

**ORDER**

Attorney Kurt Opsahl's motion to appear pro hac vice [20] is granted.

Date: October 17, 2013                                        /s/ Iain D. Johnston