# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Western Division

Malibu Media LLC

                    Plaintiff,

v.

John Doe, subscriber assigned IP address 98.227.36.771

                    Defendant.

Case No.: 3:13−cv−50286

Honorable Frederick J. Kapala

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2013:

    MINUTE entry before Honorable Iain D. Johnston: In light of proceedings before the district court, the presentments of the motion for discovery [3] and for leave to file under seal [6] are further entered and continued to 11/26/2013 at 10:00AM. The presentment previously scheduled for 10/29/2013 is stricken and no appearance is required on that date. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.