# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Western Division

Malibu Media LLC

                Plaintiff,

v.

                Case No.: 3:13−cv−50286

                Honorable Frederick J. Kapala

John Doe, subscriber assigned IP address 98.227.36.771

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 1, 2013:

    MINUTE entry before Honorable Frederick J. Kapala:Motion hearing held. Plaintiffs unopposed oral motion for to extend time seven days for filing response brief is granted. Plaintiffs motion to seal response [10] is granted.Mailed notice(sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.